AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Kristie Smith | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:25-cv-00794-CWR-LGI |
| DISCOVERY COMMUNICATIONS, LLC d/b/a OWN (OPRAH WINFREY NETWORK) | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISCOVERY COMMUNICATIONS, LLC
d/b/a OWN (OPRAH WINFREY NETWORK)
C T CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ali M. ShamsidDeen, Esq.
Attorney for Plaintiff
The AMS Law, PLLC
1010 N. West Street
Jackson, MS 39202
Tel: (601) 202-6027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/21/2025

*Signature of Clerk or Deputy Clerk*